**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ROMAL PINEDA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROMAL PINEDA,<br><br>        Defendant. | Case No.: 1:19-CR-00195 DAD-BAM<br><br>**STIPULATION AND AMENDED PROTECTIVE ORDER** |

**STIPULATION REGARDING DISCOVERY AND PROTECTIVE ORDER**

The United States of America, by and through MCGREGOR W. SCOTT, United States Attorney, and Melanie L. Alsworth, Assistant United States Attorney, and the Defendant, Romal Pineda, by and through his counsel of record, Anthony P. Capozzi, hereby stipulates as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all police reports, documents, and statements of witnesses provided to or made available to Defense Counsel as part of discovery in this case or to comply

with trial obligations pursuant to Title 18, United States Code, Section 3500 (the Jenck's Act), or to comply with *Brady* and *Giglio* obligations.

3. By signing this stipulation and amended protective order, Defense Counsel will share the redacted police reports, documents, and statements of witnesses with the Defendant by providing paper copies of Bates Numbers 000278-000889 and 003196-003361 to the Defendant who is currently housed in the Fresno County Jail. Defendant shall keep the documents secure and shall not share them with other inmates or jail staff. Defense Counsel will advise the Defendant that he is prohibited from copying and/or photographing the documents, and that he may not permit anyone else to copy or photograph the documents. Defense Counsel will further advise the Defendant that he is not permitted to discuss the contents of the discovery with anyone other than his Defense Counsel and the defense team. Further, Defendant shall not disclose the identity of any witnesses or the contents of any witness statements to anyone. At the conclusion of the case, all documents shall be returned to Defense Counsel.

4. By signing this Stipulation and Protective Order, Defense Counsel agrees not to disclose the identity of any witness to anyone other than those individuals identified in Paragraph 3. Defendant is prohibited from disclosing the identity of any witness to anyone. Defense Counsel agrees to admonish Defendant not to disclose the identities of any witnesses.

5. The discovery and information provided by the Government may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

6. Defendant is required to immediately notify jail staff and Defense Counsel should any of the discovery pages be lost or stolen. Upon notification from the Defendant, Defense Counsel will immediately notify the Government of the lost or stolen discovery.

7. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

8. Defense Counsel shall be responsible for advising his client, Romal Pineda, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

9. In the event that the Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

10. Any provisions of the original stipulation and protective order (Document 44) that are not inconsistent with this amended order will remain in full force and effect.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: February 11, 2021    By:  */s/ Melanie L. Alsworth*
MELANIE L. ALSWORTH
Assistant United States Attorney


DATED: February 11, 2021    By:  */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant ROMAL PINEDA

**ORDER**

IT IS SO ORDERED.

Dated:  **February 12, 2021**         /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE