PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROMAL PINEDA AND<br>ELVIS ZELAYA,<br><br>Defendants. | CASE NO. 1:19-CR-00195-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 13, 2021<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. By previous order, this matter was set for status on October 13, 2021.

2. By this stipulation, defendants now move to continue the status conference until December 8, 2021, and to exclude time between October 13, 2021, and December 8, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Mr. Capozzi, counsel for defendant Pineda, recently returned from medical leave and requests a continuance of the status conference to allow additional time to consult with his client, complete his investigation, and otherwise prepare for trial.

    b) Counsel for defendant Zelaya desires additional time to complete a review of the discovery, consult with his client, conduct further investigation and research, to prepare pretrial motions and otherwise prepare for trial.

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

1

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 13, 2021 to December 8, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 28, 2021    PHILLIP A. TALBERT
               United States Attorney

               /s/ MELANIE L. ALSWORTH
               MELANIE L. ALSWORTH
               Assistant United States Attorney

Dated: September 28, 2021    /s/ ANTHONY CAPOZZI
               Anthony Capozzi
               Counsel for Defendant
               Romal Pineda

Dated: September 28, 2021    /s/ KEVIN P. ROONEY
               Kevin P. Rooney
               Counsel for Defendant
               Elvis Zelaya

## **ORDER**

IT IS SO ORDERED that the status conference is continued from October 13, 2021, to **December 8, 2021, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **October 5, 2021**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE