# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:19-cr-00195-DAD-BAM |
| Plaintiff, | ) ORDER CONTINUING STATUS CONFERENCE |
| v. | ) (Doc. #94) |
| ROMEL PINEDA AND ELVIS ZELAYA, | ) |
| Defendants. | ) |

IT IS SO ORDERED that the status conference is continued from June 8, 2022, to **September 14, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **June 2, 2022**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

1