PHILLIP A. TALBERT
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROMAL PINEDA AND<br>ELVIS ZELAYA,<br><br>Defendants. | CASE NO. 1:19-CR-00195-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 14, 2022<br>TIME: 1:00 p..m.<br>COURT: Hon. Barbara A. McAuliffe. |

**STIPULATION**

1. By previous order, this matter was set for status on September 14, 2022.

2. By this stipulation, defendants now move to continue the status conference until December 14, 2022, and to exclude time between September 14, 2022, and December 14, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 3,300 pages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to consult with his client, to review the current charges, to conduct investigations and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial

motions, and to otherwise prepare for trial.

        c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     Current counsel for the government is leaving the U.S. Attorney's Office on August 27, 2022, and this case will be re-assigned to a new Assistant U.S. Attorney after that date.

        e)     The government does not object to the continuance.

        f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 14, 2022 to December 14, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 25, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ MARK J. McKEON
MARK J. McKEON
Assistant United States Attorney

Dated:  August 25, 2022                    /s/ Anthony Capozzi
                                              ANTHONY CAPOZZI
                                              Counsel for Defendant
                                              ROMAL PINEDA

Dated:  August 25, 2022                    /s/ Kevin P. Rooney
                                              KEVIN P. ROONEY
                                              Counsel for Defendant
                                              ELVIS ZELAYA

## **ORDER**

IT IS SO ORDERED that the status conference is continued from September 14, 2022, to **December 14, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). Despite new government counsel coming into this case, the Court intends to set a trial date at the next status conference. If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated:  **August 25, 2022**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE