ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:         Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ROMAL PINEDA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.: 1:19-CR-00195 DAD BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| ROMAL PINEDA | Date;   December 8, 2022 |
| Defendant. | Time:  1:00 p.m. |
| | Court: Hon. Barbara A. McAuliffe |

## STIPULATION

1. By previous order, this matter was set for status conference on December 14, 2022.

2. Current counsel for Mr. Zelaya was appointed in mid-April 2021.

3. Counsel for Mr. Zelaya has retained a psychiatrist to evaluate Mr. Zelaya and has received an assessment indicating that Mr. Zelaya suffers from severe mental health issues.  It does not appear, however, that these mental issues render Mr. Zelaya incompetent to stand trial.

4. The parties agree that a jury trial date should be set for June 13, 2023, the trial estimation of 7 to 10 days, and the trial confirmation should be set for May 15, 2023.

5. The government does not object to the continuance.

6.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 14, 2022, to June 13, 2023 inclusive, is deemed excludable pursuant to U.S.C. § 3161 (h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATE.

Dated: December 8, 2022,          BY:    _/s/ Anthony P. Capozzi_____
                                                  ANTHONY P. CAPOZZI, Attorney for
                                                  ROMAL PINEDA

Dated: December 8, 2022,          BY:    _/s/ Kevin P. Rooney_____
                                                  KEVIN P ROONEY, Attorney for
                                                  ELVIS ZELAYA

Dated: December 8, 2022,          BY:    _/s/ Jeffrey A. Spivak_____
                                                  JEFFREY A. SPIVAK
                                                  Assistant United States Attorney

## **<u>ORDER</u>**

IT IS SO ORDERED that the status conference set for December 14, 2022, is vacated. A jury trial is set for **June 13, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Estimated time of trial is **<u>7-10 days</u>**. A trial confirmation is set for **May 15, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:   **December 8, 2022**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE