PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:19-CR-00195 DAD BAM |
| Plaintiff, | STIPULATION TO SET STATUS CONFERENCE; ORDER |
| v. | DATE: April 12, 2023 |
| ROMAL PINEDA (1), ELVIS ZELAYA (3), AND FRANCISCO QUIROZ (4) | TIME: 1:00 p.m. COURT: Hon. Barbara A. McAuliffe |
| Defendants. | |

**STIPULATION**

1.      This case set for trial on June 13, 2023 for Defendants Romal Pineda (1) and Elvis Zelaya (3).

2.      Last week, on April 5, 2023, Defendant  Francisco Quiroz (4) made his initial appearance in the case.  Quiroz's case was set for status conference on April 12, 2023 at 1:00 pm before the Hon. Barbara A. McAuliffe, and a detention hearing that same date at 2:00 pm before the Hon. Stanley A. Boone.

3.      By this stipulation, the government, and Defendants Pineda and Zelaya, request a status conference for Defendants Pineda and Zelaya, together with Defendant Quiroz, on April 12, 2023 at 1:00 pm before the Hon. Barbara A. McAuliffe to discuss trial scheduling.

IT IS SO STIPULATED.

Dated:  April 10, 2023        PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated:  April 10, 2023        /s/ ANTHONY CAPOZZI
Anthony Capozzi
Counsel for Defendant
Romal Pineda

Dated:  April 10, 2023        /s/ KEVIN P. ROONEY
Kevin P. Rooney
Counsel for Defendant
Elvis Zelaya

## ORDER

IT IS SO ORDERED that a status conference, via Zoom, is set for **April 12, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:  __**April 10, 2023**__        ___/s/ Barbara A. McAuliffe___
UNITED STATES MAGISTRATE JUDGE