PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00195 DAD BAM |
| Plaintiff, | STIPULATION AND ORDER TO VACATE NOVEMBER 8, 2023 STATUS CONFERENCE |
| v. | DATE: November 8, 2023 |
| ROMAL PINEDA (1), ELVIS ZELAYA (3), AND FRANCISCO QUIROZ (4) | TIME: 1:00 p.m. COURT: Hon. Barbara A. McAuliffe |
| Defendants. | |

**STIPULATION**

This case set for status conference on November 8, 2023 (and Jury Trial on September 17, 2024). Plea negotiations are ongoing, and the parties do not see the need for a status conference at this time. Accordingly, the parties stipulate and request that the November 8, 2023 status conference be vacated.

Dated: October 31, 2023                              PHILLIP A. TALBERT
                                                     United States Attorney


                                                     /s/ JEFFREY A. SPIVAK
                                                     JEFFREY A. SPIVAK
                                                     Assistant United States Attorney

STATUS REPORT                                        1

| | |
|---|---|
| Dated:  October 31, 2023 | /s/ ANTHONY CAPOZZI<br>Anthony Capozzi<br>Counsel for Defendant<br>Romal Pineda |
| Dated:  October 31, 2023 | /s/ KEVIN P. ROONEY<br>Kevin P. Rooney<br>Counsel for Defendant<br>Elvis Zelaya |
| Dated:  October 31, 2023 | /s/ DOUGLAS C. FOSTER<br>Douglas C. Foster<br>Counsel for Defendant<br>Francisco Quiroz |

**ORDER**

IT IS SO ORDERED that the status conference set for November 8, 2023, is vacated. Time was previously excluded through September 17, 2024.

IT IS SO ORDERED.

| | |
|---|---|
| Dated:  **November 1, 2023** | /s/ *Barbara A. McAuliffe*<br>UNITED STATES MAGISTRATE JUDGE |