ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ROMAL PINEDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

UNITED STATES OF AMERICA.   )   CASE NO.: 1:19-CR-00195-NODJ-BAM
                            )
            Plaintiff,      )
                            )   **STIPULATION AND ORDER**
        v.                  )   **TO CONTINUE THE STATUS**
                            )   **CONFERENCE OF AUGUST 14, 2024**
ROMAL PINEDA                )   **AND VACATE JURY TRIAL OF**
                            )   **SEPTEMBER 17, 2024**
            Defendant.      )
                            )
_____)

    Defendant, Romal Pineda, and through his Attorney, Anthony P. Capozzi, request to continue the status Conference hearing of August 14, 2024, and vacate the jury trial of September 17, 2024.  Said request is based upon the Declaration of Anthony P. Capozzi.

    I, Anthony P. Capozzi, declare:

1.     On September 19, 2019, this attorney was appointed to represent Romal Pineda, in the above-entitled case.

2.     A status conference was set for August 14, 2024.

3.     This attorney has been involved in the following jury trials:

    United States v. Agricultural Contracting Services, Marcus Asay, Case No. 1:19-cr-0003, from April 25, 2024, to June 18, 2024.

    People v. Joe Gomez, Case No. F21903570, in the Fresno Superior Court, from July 1, 2024, to July 15, 2024.

People v. Jagtar Singh, Case No. F23903919, in the Fresno Superior Court, from July 23, 2024, still ongoing.

4. This attorney was not aware of the status conference being set for August 14, 2024, until this attorney received a text from the Assistant United States Attorney.

5. This attorney is scheduled for a medical procedure on August 14, 2024, and would not be able to attend the August 14, 2024, hearing.

6. Negotiations are presently being conducted which will resolve this matter. However, additional time is needed for further negotiations.

7. It is respectfully requested that the status conference of August 14, 2024, and the jury trial of September 17, 2024, be vacated and a status conference be set for September 11, 2024.

8. The United States Attorney does not oppose a continuance.

9. The parties agree that time be excluded from August 14, 2024, to September 11, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

I declare under penalty of perjury the laws of the State of California that foregoing is true and correct. Executed 12th day of August of 2024, in Fresno, California.

Dated: August 12, 2024,     BY:     */s/ Anthony P. Capozzi*_____
                                     ANTHONY P. CAPOZZI, Attorney for
                                     ROMAL PINEDA

IT IS SO STIPULATE.

Dated: August 12, 2024,     BY:     */s/ Jeffrey Spivak*_____
                                     JEFFREY SPIVAK
                                     Assistant United States Attorney

**ORDER**

IT IS SO ORDERED that the jury trial set for September 17, 2024 and trial confirmation set for August 26, 2024 are vacated. A status conference set for **August 14, 2024** is continued to **September 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.** Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **August 13, 2024**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE