1  PHILLIP A. TALBERT
United States Attorney
2  JEFFREY A. SPIVAK
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                CASE NO. 1:19-CR-00195-NONE-BAM

12                          Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                             TIME PERIODS UNDER SPEEDY TRIAL ACT,
13              v.                           TO VACATE STATUS CONFERENCE, AND SET
                                             CHANGE OF PLEA HEARING; ORDER
14  ROMAL PINEDA,                            DATE: September 11, 2024
                                             TIME: 9:00 a.m.
15                          Defendant.

16

17          This case is set for status conference on September 11, 2024.  Defendant Romal Pineda is close

18  to resolving his case with the government, and expects to file a plea agreement soon. Accordingly, the

19  parties request the Court vacate the status conference, set change of plea date on October 24, 2024, and

20  to exclude the time period between the date of this Order and October 24, 2024 under the Speedy Trial

21  Act.

22                                          **STIPULATION**

23          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

24  through defendant' counsel of record, hereby stipulate as follows:

25          1.      By previous order, this matter was set for status conference on September 11, 2024.

26          2.      The parties are close to a resolution and expect to file a plea agreement soon.

27          3.      By this stipulation, defendant now moves to vacate the status conference, set a change of

28  plea hearing on October 24, 2024, and to exclude time between the date of this Order and October 24,

1  2024, under Local Code T4.

2      4.      The parties agree and stipulate, and request that the Court find the following:

3          a)      The government has represented that the discovery associated with this case is

4  voluminous and includes several investigative reports and other discovery.  All of this discovery

5  has been either produced directly to counsel and/or made available for inspection and copying.

6          b)      Counsel for defendant desires additional time consult with his/her client, to

7  conduct further investigation and to prepare for the change of plea and sentencing hearings.

8          c)      Counsel for defendant believes that failure to grant the above-requested

9  continuance would deny him/her the reasonable time necessary for effective preparation, taking

10  into account the exercise of due diligence.

11          d)      The government does not object to the continuance.

12          e)      Based on the above-stated findings, the ends of justice served by continuing the

13  case as requested outweigh the interest of the public and the defendant in a trial within the

14  original date prescribed by the Speedy Trial Act.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION TO SET CHANGE OF PLEA HEARING            2

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period beginning on the date of this Order to October 24, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  September 3, 2024                          PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ JEFFREY A. SPIVAK
                                                   JEFFREY A. SPIVAK
                                                   Assistant United States Attorney


Dated:  September 3, 2024                          /s/ ANTHONY P. CAPOZZI
                                                   LAW OFFICES OF ANTHONY
                                                   P. CAPOZZI
                                                   Counsel for Defendant
                                                   Romal Pineda


### ORDER

IT IS SO ORDERED that the status conference set for September 11, 2024, is vacated. A change of plea hearing is set for **October 24, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:   **September 3, 2024**                     /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE