ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ROMAL PINEDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROMAL PINEDA<br><br>　　　　　Defendant. | CASE NO.: 1:19-CR-00195 DAD BAM<br><br>**STIPULATION AND ORDER TO VACATE JANUARY 15, 2025, MOTION**<br><br>Date;　January 15, 2025<br>Time:  2:00 p.m.<br>Court: Hon. Sheila K. Oberto |

## STIPULATION

It hereby stipulated by and between the parties, through their respective counsel, Assistant United States Attorney, Jeffrey A. Spivak, counsel for plaintiff, and Anthony P. Capozzi, counsel for defendant, Romal Pineda, that the Court vacate the Motion for Temporary Release set for January 15, 2025.

IT IS SO STIPULATED.

Dated: January 14, 2025,　　　　BY:　　*/s/ Anthony P. Capozzi*_____
　　　　　　　　　　　　　　　　　　　　ANTHONY P. CAPOZZI, Attorney for
　　　　　　　　　　　　　　　　　　　　ROMAL PINEDA

Dated: January 14, 2025,　　　　BY:　　*/s/ Jeffrey A. Spivak*___
　　　　　　　　　　　　　　　　　　　　JEFFREY A. SPIVAK
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ORDER**

It is hereby ordered that based on the stipulation of the parties; the Motion for Temporary Release is hereby vacated.

IT IS SO ORDERED.

Date: 1/14/2025                       by: *Sheila K. Oberto*
                                          Honorable Sheila K. Oberto